WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,             )<br>            Plaintiff,             )<br>                                                )<br>vs.                                          )<br>                                                )<br>Brandon Dallas Begay,            )<br>            Defendant.             )<br>_____) | CR 06-780-1-PCT-SMM<br><br><br><br><u>**ORDER**</u> |

A pretrial revocation hearing on the petition on violation of release conditions was held on November 16, 2006.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any condition or combination of conditions of release.

**IT IS ORDERED** that the Defendant shall be detained as a flight risk and a danger to the community.

DATED this 20th day of November, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -